COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| SHADY GROVE INC. AS LESSEE, | | No. 08-10-00307-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 345th Judicial District Court |
| | § | |
| | | of Travis County, Texas |
| TRAVIS COUNTY CENTRAL | § | |
| APPRAISAL DISTRICT, | | (TC# D-1-GN-09-003522) |
| | § | |
| Appellee. | | |

## MEMORANDUM  OPINION

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal.  *See* TEX.R.APP.P. 42.1(a)(1).  The motion is granted, and this appeal is dismissed.  Costs of appeal are assessed against Appellant.  *See* TEX.R.APP.P. 42.1(d).

December 8, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.